

**Ruby J. Krajick**
**Clerk of Court**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, N.Y. 10007

MEMORANDUM OF PRO SE FEE

19 CV 4929

CASE CAPTION: _Peters Capital Fund, NY, LLC_

VS

_DMX Peters_

Has this action, case, or proceeding or one of the same been previously filed in S.D.N.Y at any time? ✓ No ___ Yes
If yes, please provide the docket number here _____. Was this case dismissed? ✓ No ___ Yes

Natures of Suit:

___ 440 Other Civil Rights
___ 442 Employment
___ 462 Naturalization Application
___ 463 Alien Detainee
___ 465 Other Immigration Actions
___ 510 Motions to Vacate Sentence 28 USC 2255
___ 530 Habeas Corpus
___ 540 Mandamus & Other
___ 550 Civil Rights
___ 555 Prison condition
___ 820 Copyrights
___ 830 Patents
___ 840 Trademark
___ 863 DIWC/DIWW (405(g))
___ 890 Other Statutory Actions
✓ Other Nature of Suit: _190_

1441/

Do you claim this case is related to a civil case now pending in S.D.N.Y as defined by Local Rule for Division of Business 13? If yes, please provide the docket number here _____

FILING FEE:

✓ $400.00 NEW COMPLAINT     ___ $5.00 HABEAS CORPUS PETTITION

CASE # _19CV04929_     JUDGE ASSIGNED _Unassigned_

RECEIPT # _4654012_

**AFTER YOUR PAYMENT HAS BEEN PROCESSED, PLEASE RETURN THIS FORM WITH A COPY OF THE RECEIPT TO THE PRO SE INTAKE UNIT TO COMPLETE THE FILING PROCESS.**