UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 24 Capital Funding, LLC<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>Peters Broadcasting Engineering, Inc. and Robert Michael Peters<br><br>　　　　　Defendants. | Case No. __7:19-cv-4929__ (NSR)<br><br>Judge _____<br><br>Removed from Supreme Court of New York for Putnam County, Index Nos. 500734/2019 and 500736/2019 |

**CORRECTED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Percy Squire hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Peters Broadcasting Engineering, Inc. and Robert Michael Peters, in the above-captioned action. I am in good standing of the bar of the state of Ohio of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have attached the affidavit pursuant to Local Rule 1.3.

DATED:  August 23, 2019

　　　　　　　　　　　　　　　　　　　　　*s/Percy Squire, Esq.* _____
　　　　　　　　　　　　　　　　　　　　　Percy Squire, Esq. (0022010)
　　　　　　　　　　　　　　　　　　　　　Percy Squire Co., LLC
　　　　　　　　　　　　　　　　　　　　　341 S. Third St., Suite 10
　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　　(614) 224-6528 T
　　　　　　　　　　　　　　　　　　　　　(614) 224-6529 F
　　　　　　　　　　　　　　　　　　　　　psquire@sp-lawfirm.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

## **CERTIFICATE OF SERVICE**

The foregoing was served upon the following parties of record via the Court's electronic mail service on August 23, 2019, upon:

David Fogel, Esq.
David Fogel, P.C.
1225 Franklin Avenue, Suite 522
Garden City, NY 11530
david@fogellaw.com

                                            *s/Percy Squire, Esq.*
                                            Percy Squire, Esq. (0022010)