UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 24 Capital Funding, LLC<br><br>Plaintiff,<br><br>-against-<br><br>Peters Broadcasting Engineering, Inc. and Robert Michael Peters<br><br>Defendants. | Civil Case No. 7:19-cv-4929 (NSR)<br><br>Supreme Court of New York for Putnam County, Index Nos. 500734/2019 and 500736/2019 |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Percy Squire, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the State of Ohio; and that his contact information is as follows:

Percy Squire, Esq.
Percy Squire Co., LLC
341 S. Third St., Suite 10
Columbus, Ohio 43215
(614) 224-6528 T / (614) 224 -6529 F
psquire@sp-lawfirm.com

Applicant having requested admission Pro Hac Vice to appear for the purposes as counsel for Defendants the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Clerk of the Court requested to terminate the motion (doc. 14).

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2019