UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 24 Capital Funding, LLC<br><br>    Plaintiff,<br><br>  -against-<br><br>Peters Broadcasting Engineering, Inc. and Robert Michael Peters<br><br>    Defendants. | Civil Case No. 7:19-cv-4929 (NSR) |

## MOTION OF ROBERT MICHAEL PETERS AND PETERS BROADCAST ENGINEERING, INC.  TO WITHDRAW MOTION TO VACATE MAY 10, 2019 JUDGMENTS, DOCKET NO. 20

The undersigned respectfully requests that the Motion to Vacate May 10, 2019 Judgments, Docket No. 20, be withdrawn.  The Motion was unintentionally filed.

          Respectfully submitted,

          *s/Percy Squire, Esq.*
          Percy Squire, Esq. (0022010)
          Percy Squire Co., LLC
          341 S. Third St., Suite 10
          Columbus, Ohio 43215
          (614) 224-6528 T
          (614) 224-6529 F
          psquire@sp-lawfirm.com
          Attorney for Defendants

**CERTIFICATE OF SERVICE**

The foregoing was served upon the following parties of record via the Court's electronic mail on January 3, 2020, upon:

HODGSON RUSS LLP
Attorneys for Plaintiff,
24 Capital Funding, LLC
Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
716.856.4000
ggraber@hodgsonruss.com

                                        *s/Percy Squire, Esq.*
                                        Percy Squire, Esq. (0022010)