**MANDATE**

S.D.N.Y. – W.P.
19-cv-4929
Roman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand twenty.

Present:

> Amalya L. Kearse,
> John M. Walker, Jr.,
> José A. Cabranes,
>> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2020

_____

24 Capital Funding, LLC,

> *Plaintiff-Appellee*,

v.                                                                                      19-3686

Robert Michael Peters,

> *Defendant-Appellant*,

Peters Broadcasting Engineering, Inc.,

> *Defendant*.

_____

Appellant, pro se, appeals from a district court order remanding to state court for lack of subject matter jurisdiction. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED *sua sponte* because such a remand order is unreviewable pursuant to 28 U.S.C. § 1447(d). *See Shapiro v. Logistec USA, Inc.*, 412 F.3d 307, 310–11 (2d Cir. 2005).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/19/2020